UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

OLIVER M. BOLING, :
:
        Plaintiff :
: NO. 3:CV-05-918
  -vs- :
: (Judge Kosik)
:
WARDEN J. SMITH and U.S. PAROLE :
COMMISSION, :
:
        Defendants :

## **ORDER**

AND NOW, this 10th day of May, 2005, IT IS HEREBY ORDERED THAT:

(1) The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney;

(2) Within twenty (20) days of the date of this Order, the Respondents shall respond to the allegations in the petition;

(3) A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

(4) Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

                                                s/Edwin M. Kosik
                                                United States District Judge